MOSK, J.
I concur under compulsion of People v. King (1993) 5 Cal.4th 59 [19 Cal.Rptr.2d 233, 851 P.2d 27].
Defendant does not dispute that she committed the felony of assault against the police officer by shooting a gun; she thus “personally use[d] a firearm in the commission ... of [that] felony,” within the meaning of Penal Code section 12022.5. She also concedes that she committed the felony of assault against Michael K. when the same bullet shattered a window, causing Michael K. eye injuries from broken glass. By definition, she thus “personally use[d] a firearm in the commission ... of [that] felony” (ibid.) as well, regardless of her subjective purpose; accordingly, a separate enhancement with regard to that offense was properly added to her sentence.